Edward J. Maney, Trustee
101 N. 1ˢᵗ Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 BANKRUPTCIES |
| | ) | |
| ERIC M. VALENTIN | ) | CASE NO.  3: 23-bk-08316-DPC |
| JANE L. VALENTIN | ) | |
| | ) | TRUSTEE'S EVALUATION AND |
| | ) | RECOMMENDATION(S) REPORT WITH |
| | ) | NOTICE OF POTENTIAL DISMISSAL IF |
| | ) | CONDITIONS ARE NOT SATISFIED |
| | ) | RE:  AMENDED CHAPTER 13 PLAN |
| Debtor(s) | ) | DKT:  20      DATE; 1/4/2024 |

Edward J. Maney, Trustee, has analyzed the Debtor's Amended Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

GENERAL REQUIREMENTS:

a.  Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

b  **Requests by the Trustee for documents and information are not superseded by the filing of an amended Plan or motion for moratorium. Failure to provide the required documents could result in the Trustee's filing of a Dismissal order even if an Amended or Modified Plan is filed.  All required documentation is required within the guidelines of this recommendation absent a Motion to Extend Time.**

c.  The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an Amended or Modified Plan is filed and noticed out.

d.  The Debtor(s) is required to provide directly to the Trustee, **within 30 days after the returns are filed,** copies of the federal and state income tax returns for every year during the duration of the Plan.  This requirement is to be included in the Stipulated Order Confirming the Plan.

e.  At the time of confirmation, the Trustee will require the Debtor(s) to certify that Debtor(s) are current on all required tax filings and any domestic support orders.

f.  **AS A REMINDER—PLEASE REDACT ALL DOCUMENTATION SUBMITTED TO OUR OFFICE.**

Trustee's Recommendation
Amended Plan
Case #3: 23-bk-08316-DPC

RECOMMENDATION REQUIREMENTS:

1,      Plan payments are current with another payment of $670.00 coming due on 2/17/2024.

2.      The Trustee requires copies of all monthly business and personal bank and/or credit union statements for all checking and/or savings accounts Debtors maintained for the month the petition was filed.

   a.      If the bank statements do not show the daily balance, the Trustee requires Debtors to provide an itemization showing the beginning balance, deposits, and deductions to the petition date for the Trustee to analyze.

3.      The Trustee requires **completed** and **signed** copies of Debtor's 2023 State and Federal tax returns, W-2's and 1099's within 30 days of filing or no later than May 15, 2024.

   If Debtor(s) have received significant tax refunds for 2023 which if allowed to continue constitutes a diversion of disposable income.  The Trustee requires Debtor to adjust payroll tax deductions to prevent over- or under-withholding, amend Schedule I increasing Plan payments accordingly, and provide two consecutive pay stubs to verify this has been corrected, or turn over tax returns and refunds beginning with 2024, 2025 and 2026 as supplemental Plan payments.

4.      The proof of claim #7 filed by OneMain and claim #10 filed by OneMain and claim #8 filed by Arizona Department of Revenue and claim #21 filed by Arrons, LLC differs from the creditors' treatment under the Plan or is not provided for by the Plan.  This discrepancy must be resolved before confirmation of the Plan.  The Trustee requires as to each claim that: (a) the Debtor(s) file an objection to the claim (if the debt is believed to be unsecured); (b) the holder of the claim endorse the order confirming the Plan; (c) the order confirming the Plan to provide for payment of the claim pursuant to the claim; or (d) an amended Plan be filed to provide for payment on the claim. The Trustee will require debtor(s) provide written notification as to whether the discrepancy has been resolved by March 5, 2024.  If resolution of the claim changes Plan funding requirements, the Trustee requires the receipt of an amended Plan analysis (Local Form 13-2) with any proposed Order confirming the Plan.  If objections to the proofs of claim are timely filed by the Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended by 15 days after completion of the objections.

5.      The Trustee notes Debtor's payroll deduction for a retirement or 401k plan loan repayment.  The Trustee notes the 401K Loan will terminate prior to the completion of the case, the Trustee requires the Plan payments to increase accordingly upon completion.

Trustee's Recommendation
Amended Plan
Case #3: 23-bk-08316-DPC

6.     Debtor receives bonus income and has failed to incorporate this income into the average monthly gross income.  If Debtor does not wish to incorporate the bonus income into the Plan payments, the Debtor may include language in the Order which requires that he turn over all bonus income for the duration of the Plan to the Trustee as supplemental payments and he will provide documentation to verify all bonus income received for the year.

7.     The Trustee requires the following documents to be submitted with the Stipulated Order Confirming:

        a)     **A COPY OF THE COURT'S CLAIMS REGISTER.**

If the Debtor(s) have any questions or concerns regarding this Recommendation, they should contact their attorney.  If Debtor(s) are not represented by counsel, they may contact the Case Administrator at extension 207.

DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation. In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted by debtors and/ or their counsel.

**Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval.  You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to remain current in Plan payments, resolve above item(s) # 2 through #7 and submit Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of this Trustee's Recommendation.**

Date See Electronic Signature Block

_____
Edward J. Maney, Trustee

Trustee's Recommendation
Amended Plan
Case #3: 23-bk-08316-DPC

Copies of the foregoing mailed on this
Date See Electronic Signature Block to:

Hartley Markov Law
11225 N. 28th Drive
Suite #B103
Phoenix, AZ   85029
Attorney for the Debtor(s)

Eric and Janet Valentin
2745 N. Date Creek Drive
Prescott Valley, Arizona 86314
Debtor(s)

_____
Trustee's Clerk